UNITED STATES of America,
Plaintiff–Appellee,

v.

Martin HERNANDEZ–OLGUIN, aka
Alvaro Martin Hernandez–Fuentes,
aka Martin Hernandez–Olquin, Defendant–Appellant.

No. 08–10350.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed April 1, 2010.

Raquel Arellano, Christina Marie Cabanillas, Assistant U.S., USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Enrique Rene Gonzales, Rio Rico, AZ, Martin Hernandez–Olguin, Beaver, WV, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Martin Hernandez–Olguin appeals from his guilty-plea conviction and 66–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Olguin's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

